■ CHRISTOPHER ANDO, Appellant, v JOHN R. NIEDUZAK et al., Respondents. [636 NYS2d 697] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wolf, Jr., J. (Appeal from Judgment of Supreme Court, Erie County, Wolf, Jr., J.—Negligence.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.